UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DERRICK CHARLESTON,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　**Case No.  5:25-cv-332-TKW-MJF**

**RICKY DIXON,**

    **Defendant.**

                                             /

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because the complaint fails to state a plausible claim for relief under 42 U.S.C. §1983.  Accordingly, it is

**ORDERED** that:

1.　The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.　This case is DISMISSED under 28 U.S.C. §1915A(b)(1) for failure to state a claim on which relief may be granted.

3.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 5th day of January, 2026.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**